DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HCONTROL CORPORATION, DIGITALBRIDGE PARTNERS, III, LP,**
and **DBP III SNOWBIRD BIDCO, LLC,**
Appellants,

v.

**CARIACO TECHNOLOGIES, INC.,** a Florida Corporation, and **CARIACO CONSULTING, INC.,** a Florida Corporation,
Appellees.

Nos. 4D2025-1927 and 4D2025-1994

[June 3, 2026]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502024CA011356XXXAMB.

Todd L. Wallen of Wallen | Kelley, Coral Gables, for appellant HControl Corporation.

Beverly A. Pohl of Nelson Mullins Riley & Scarborough LLP, Boca Raton, Kimberly Jordan Freedman and Mark Francis Raymond of Nelson Mullins Riley & Scarborough LLP, Miami, and Forrest Gregory Barnhart of Searcy Denney Scarola Barnhart & Shipley, PA, West Palm Beach, for appellants DigitalBridge Partners, III, LP, and DBP III Snowbird Bidco, LLC.

Alan Benjamin Rose and Carly Marissa Weiss of Taft Stettinius & Hollister LLP, West Palm Beach, for appellees.

PER CURIAM.

Appellants appeal an order denying a motion to intervene and transfer venue. We find the issues raised to be without merit and we affirm without further comment. This affirmance does not affect the stay imposed in the lower tribunal following our opinion in *Digitalbridge Partners, III, LP v. Cariaco Technologies, Inc.*, 430 So. 3d 949 (Fla. 4th DCA 2026). The Palm Beach County proceedings remain stayed "pending further disposition of the related Miami-Dade County action." *Id.* at 950.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***